

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Phillip Denbow,                                            * From the 367th District Court
of Denton County,
Trial Court No. 21-1092-393.

Vs. No. 11-24-00129-CV                          * August 29, 2025

Texas Department of Criminal Justice,      * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)


This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.   The costs incurred by reason of this appeal are taxed against Phillip Denbow.